**DECLARATION OF ANDRES DAVID VILLACIS JARAMILLO IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Andres David Villacis Jaramillo, hereby certify, swear, and affirm that I am competent to give the following declaration based on my personal knowledge and that the following facts and statements are true and correct to the best of my knowledge, skill, and ability.

1. My name is Andres David Villacis Jaramillo. I have been detained by Immigration and Customs Enforcement "ICE" since July 17, 2026. Since my detention, I have been transferred approximately twelve times between different detention centers in different states.

2. Since I was detained, I have been moved repeatedly between detention facilities in different states, including Florida, Louisiana, Texas, Arizona, Colorado, and California. At some locations, I was actually taken to the detention center, while at other times I was only passing through as part of a transfer and did not even get off the airplane because the plane was picking up or dropping off other detained people. I am currently detained at Broward Transitional Center in Florida, where I have been since September 5, 2026. I have generally not remained at any detention center for more than about five days to one week before being moved again.

3. These repeated transfers have been extremely difficult for me. Every time I am told that I am being transferred, I feel very anxious, stressed, and afraid because I am never told where I am going. Many times, I have spent five, six, and sometimes up to ten hours waiting in a cold room before being taken for a transfer. The temperature in these cold rooms is unbearable. During those hours, I do not know where I am going or when I will leave. The uncertainty is very difficult for me and causes me a lot of anxiety and anguish.

4. The transfers can take many hours, and I spend a large part of that time in handcuffs and shackles. Sometimes, after I am put on a bus, several hours pass before the bus even starts traveling to the airport. I remain handcuffed at the airport and during the airplane flight. Sometimes, after the airplane lands, I have to remain sitting on the airplane for hours before I am taken to another bus, which takes me to the detention center while I am still handcuffed. Because of the amount of time I spend handcuffed, I have experienced pain in my wrists and ankles. I have no criminal record, so I had never been handcuffed in my life. After the handcuffs and shackles are removed, there are times when I continue to feel for several hours as though I am still being handcuffed and shackled. This sensation has also affected me mentally after spending so many hours in handcuffs over the past months.

5. Being handcuffed during airplane flights also causes me a lot of fear and anxiety. I constantly think about what would happen if there were an emergency during a flight while my hands and feet are handcuffed and shackled. I worry that I would not be able to move freely or react the way I would need to in an emergency. I think about whether I would be able to reach an oxygen mask or a life vest, or whether I would be able to protect myself or swim if the plane had to land in water. These thoughts make me very anxious, afraid, and desperate.

6. The constant transfers have seriously affected my sleep and my ability to eat properly. The transfers can happen at any time, including during the night or early morning. There have been times when I was sleeping and was awakened at approximately 2:00 or 3:00 a.m. to begin a transfer. Once the transfer begins, I may spend hours traveling by bus and airplane and then being processed at the new detention facility. The entire process can take one or two days. There have been times when I have gone two, three, and sometimes four days without being able to sleep properly. I also live with the constant worry that I may be transferred again at any time, which makes it difficult for me to sleep

even when I am at a detention facility. During transfers and processing, I also do not always eat properly. There have been several days when I have eaten very little because I am spending the day being transported or processed.

7. My medical care has also been interrupted by the frequent transfers. I have been suffering from flu symptoms for several weeks. I have requested treatment for these symptoms at three different detention centers, but before I could complete the treatment, I was transferred again, sometimes after only one, two, or three days at the facility. When I arrive at a new detention center, I have to request treatment again and wait for it. Because I have been moved so frequently, I have not been able to complete a treatment or fully recover, and I continue to experience symptoms and other physical discomfort.

8. The transfers have also made it difficult for me to communicate with my family. My family is not informed when I am transferred, and there have been times when I have gone 2 or 3 days without being able to communicate with them and tell them where I am. This causes me additional anxiety and stress because I know that my family does not know where I have been taken. I have also submitted requests to speak with the officer responsible for my detention, but some of those requests have been lost because I was transferred from one facility to another, making it difficult for me to obtain information that I need.

9. All of this has affected me physically and emotionally. I feel that my condition has gotten worse because I am constantly being moved from one detention center to another and never know when I will be transferred again. I am constantly worried about another transfer, and I do not sleep well because I think that at any moment I could be awakened and told that I have to leave again. The combination of the transfers, the hours spent in handcuffs and shackles, the pain in my wrists and ankles, the problems with my sleep and appetite, and the interruption of my medical treatment has been very difficult for me.

10.I am very afraid and distressed about being transferred again before the Court has an opportunity to decide my Habeas Corpus petition. Being detained is already extremely difficult but being repeatedly moved to different detention centers in different states, without being told where I am going or when I will be moved, has caused me a great deal of anxiety, fear, and physical and emotional suffering. I am concerned that another transfer will cause me additional physical pain, further interfere with my sleep and medical treatment, and make my emotional and mental condition even worse.

Signature: [DETAINED]
Andres David Villacis Jaramillo

Date: September 11, 2026.

**CERTIFICATION OF PREPARATION AND VERIFICATION**

I, **Alexandra Pino**, certify that I prepared this Declaration accurately and completely based upon information personally provided to me by Andres David Villacis Jaramillo during a telephone call on September 09, 2026. Because Mr. Villacis Jaramillo is presently detained, I read the completed Declaration to him in its entirety by telephone on September 11, 2026. After the Declaration was read to him, Mr. Villacis Jaramillo confirmed that he understood its contents and that the factual statements contained therein were true and accurate based upon his personal knowledge. I further certify that the notation "[DETAINED]" appearing on the signature line reflects that Mr. Villacis Jaramillo is presently detained and was unable to personally execute the document at the time it was prepared.

Executed on September 11, 2026.

Address: 8230 Coral Way, Miami, FL 33155